IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLTON THEODORE LANDIS,** | : | CIVIL ACTION NO. 1:21-CV-244 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **DAVID J. EBBERT, IAN CONNERS,** | : | |
| **J. RAY ORMOND, J. KONKLE,** | : | |
| **HUGH HERWITZ, D. LANGTON,** | : | |
| **J. SAVIDGE, M. CONDIT, STEESE,** | : | |
| **HACKENBURG, CRESSINGER,** | : | |
| **J. SIENKIEWICZ,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 19th day of January, 2022, upon consideration of the United States' motion (Doc. 6) for initial screening pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 6) is GRANTED.

2. The complaint (Doc. 1) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. On or before **February 8, 2022**, plaintiff may file an amended complaint with respect to his 42 U.S.C. § 1985(3) claim.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania